JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Ricardo Murillo**,

      Plaintiff,

  v.

**City of Baldwin Park**; and Does 1-10,

      Defendants.

Case No. 2:16-cv-05265-CAS-JC

**Order re: Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)**

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  January 4, 2018

_____
Hon. Christina A. Snyder
Unites States District Judge